IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| TEVON C. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22-cv-711–HEH |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Plaintiff Tevon C. Jones ("Plaintiff"), a Virginia inmate proceeding *pro se*, submitted a letter asking for a "Motion for Appointment of Counsel document" because he "will be pursuing civil lawsuit actions very soon." (ECF No. 2 at 1 (internal quotation marks omitted).) By Memorandum Order entered on November 17, 2022 (ECF No. 3), the Court explained that no such document existed and that the Court may not appoint an attorney when no complaint has been filed. At that time, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the November 17, 2022 Memorandum Order, and Plaintiff has not completed and returned the § 1983 complaint

form or otherwise communicated with the Court. Accordingly, this action will be

DISMISSED WITHOUT PREJUDICE.

    An appropriate Final Order will accompany this Memorandum Order

                                                    /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Date: Feb. 9, 2023
Richmond, Virginia